UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SAMUEL SHOWERMAN,

    Plaintiff,

v.                                                                           Case No. 1:18-cv-61
                                                                           Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**JUDGMENT**

      In accordance with the Opinion filed this date:

      The decision of the Commissioner is **REVERSED** pursuant to sentence four of 42 U.S.C. § 405(g) and the case is **REMANDED** to the Commissioner for further proceedings as outlined in the Opinion.

      **IT IS SO ORDERED**.


March 27, 2019                                                  /s/ Ray Kent
                                                                     United States Magistrate Judge